UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL MILLER,<br><br>                             Petitioner,<br><br>-against-<br><br>MARK MILLER, Superintendent, Green Haven Correctional Facility; TINA M. STANFORD, Chairwoman, Board of Parole, NYSDOCCS,<br><br>                            Respondents. | 1:21-CV-7774 (LTS)<br><br>TRANSFER ORDER |

LAURA TAYLOR SWAIN, Chief United States District Judge:

      Petitioner, who is currently incarcerated in the Green Haven Correctional Facility, brings this *pro se* petition for a writ of *habeas corpus* under 28 U.S.C. § 2241 or 28 U.S.C. § 1651, challenging the constitutionality of the execution of his sentence issued by the New York Supreme Court, Nassau County. Because Petitioner was convicted and sentenced in Nassau County, which is located in the Eastern District of New York, *see* 28 U.S.C. § 112(c), this action is transferred under Local Civil Rule 83.3 to the United States District Court for the Eastern District of New York.

      The Clerk of Court is directed to transfer this action to the United States District Court for the Eastern District of New York. Whether Petitioner should be permitted to proceed further without payment of fees is a determination to be made by the transferee court. This order closes this action in this court.

      Because Petitioner has not at this time made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue under 28 U.S.C. § 2253.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an

appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Clerk of Court is further directed to mail a copy of this order to Petitioner and note service on the docket.

SO ORDERED.

Dated:   September 17, 2021
         New York, New York

                                                 /s/ Laura Taylor Swain
                                                 LAURA TAYLOR SWAIN
                                                 Chief United States District Judge